FILED
08 MAY -7 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF the STATE of CALIFORNIA,

    Plaintiff,

vs.

ROGELIO MIRANDA, Defendant.

CV 08 2356 MHP (PR)

CASE NO. EE504139

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ROGELIO MIRANDA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ☐ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  MONTHLY INCOME GROSS: 1,800.00  NET: 1,300.00
5  SANTANA ROW 333 SANTANA ROW SUITE 1130
6  SAN JOSE, CA, 95128
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9  a.  Business, Profession or            Yes ☐ No ☒
10      self employment
11  b.  Income from stocks, bonds,         Yes ☐ No ☒
12      or royalties?
13  c.  Rent payments?                     Yes ☐ No ☒
14  d.  Pensions, annuities, or            Yes ☐ No ☒
15      life insurance payments?
16  e.  Federal or State welfare payments, Yes ☐ No ☒
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                   Yes ☐ No ☒
24  Spouse's Full Name: REBECA PEDRAZA
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ ∅                Net $ ∅
28  4.  a.  List amount you contribute to your spouse's support: $ ∅

-2-

1      b.    List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  M.M. 15   A.M. 13
6  _____
7  5.    Do you own or are you buying a home?    Yes ☐ No ☒
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ☐ No ☒
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ☐ No ☐ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ☒ No ☐ (Do <u>not</u> include account numbers.)
14 Name(s) and address(es) of bank: BANK OF AMERICA
15 447 MATHILDA SUNNYVALE, CA. 94086
16 Present balance(s): $ 17,483.00
17 Do you own any cash? Yes ☐ No ☒ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ☐ No ☒
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ 0     Utilities: _____
23 Food: $ 0     Clothing: _____
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____N/A_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☒ No ☐

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____CALIFORNIA SUPREME COURT_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

06-MAY-08
DATE

Rogelio Miranda
SIGNATURE OF APPLICANT

Case Number: EE504139

N/A

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

1
2
3
4
5  I certify that attached hereto is a true and correct copy of the prisoner's trust account
6  statement showing transactions of _____ for the last six months
7  at
8                                                    where (s)he is confined.
9       I further certify that the average deposits each month to this prisoner's account for the
10  most recent 6-month period were $                  and the average balance in the prisoner's
11  account each month for the most recent 6-month period was $                .
12                                    _____
13  Dated:_____              _____
14                                [Authorized officer of the institution]

- 5 -