UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGELIO MIRANDA,                 No. C 08-2356 MHP (PR)

    Petitioner,                  **JUDGMENT**

   v.

DERRAL ADAMS, Warden,

    Respondent.

    The petition for writ of habeas corpus is denied on the merits. Judgment is hereby entered in favor of Respondent.

    **IT IS SO ORDERED AND ADJUDGED**.

DATED: 2/24/2010

MARILYN HALL PATEL
United States District Judge