UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROGELIO MIRANDA,

        Plaintiff,

  v.

PEOPLE OF STATE OF CA et al,

        Defendant.

Case Number: CV08-02356 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rogelio Miranda F-01926
4001 King Ave.
Corcoran, CA 93212

Dated: February 25, 2010

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk